# CHARLESTON.

FLORENCE HUNT *et al. v.* EMMA MOUNTS *et al.*

Submitted March 25, 1924.     Decided April 1, 1924.

APPEAL AND ERROR.—*Appellate Court Without Jurisdiction to Review Judgment for Costs Only.*

Where on the trial of an action a demurrer to the evidence is sustained, and the court does not render a judgment, of *nil capiat*, but only for costs, there is no final judgment, and the appellate court is without jurisdiction to review the case.

McGINNIS, JUDGE, absent.

Error to Circuit Court, Mingo County.

Action by Florence Hunt and others against Emma Mounts and others. From a judgment for defendants, plaintiffs bring error.

*Dismissed, as improvidently awarded.*

*Stafford & Rhodes,* for plaintiffs in error.
*Goodykoontz, Scherr & Slaven,* for defendants in error.

MILLER, JUDGE:

Upon the trial of this action in ejectment, defendants interposed a demurrer to plaintiff's evidence. On the conditional verdict of the jury, the court entered the following order: "And the matters of law arising upon the de-

fendants' demurrer to the evidence in this case being argued
by counsel and considered by the court, the court is of
opinion that the law thereon is for the defendants. It is
therefore considered that the law of the case is with the de-
fendants. It is therefore ordered and adjudged that the de-
fendants recover of and from the plaintiffs their costs in
this behalf expended.''

Defendants in error have filed in this court their motion
to dismiss the writ of error as having been improvidently
awarded. The record does not show that any final judgment
was rendered in the case. The judgment is for costs only.
Upon finding that the law was for defendants, the court
should have entered a judgment of *nil capiat.* On the au-
thority of *Kirk* v. *Camden Interstate Railway Company*, 66
W. Va. 486, and *Bower* v. *Virginian Railway Company*, 68
W. Va. 629, and the numerous cases cited therein, the writ
of error awarded in this case must be dismissed, and the
case remanded for further proceedings.

*Dismissed, as improvidently awarded.*